IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY ELOISA, ON BEHALF OF SONYA GONZALES | § § § | |
| *Plaintiff,* | § § | |
| v. | § | CIVIL ACTION NO. 5:20-cv-00082-XR |
| HILL COUNTRY OUTREACH, INC. | § § § | |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulation of Dismissal with Prejudice (ECF No. 30), the parties' motion for an order dismissing all claims asserted by Plaintiff against Defendant with prejudice, with each party to bear its own costs, expenses, and attorney's fees, is GRANTED.

It is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant are hereby dismissed with prejudice.

It is further ORDERED that each party bear its own costs.

It is so ORDERED.

SIGNED this the 18th day of December, 2020.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE